BARAK O. WHITE v. CHARLES D. CARLISLE, HIGHWAY COMMISSIONER OF THE TOWNSHIP OF LEONIDAS.

*Highways—Encroachment—Duties of commissioner.*

*Mandamus* will not lie to compel a highway commissioner to institute proceedings under How. Stat. § 1371 *et seq.*, at the instance of a private person, to remove an alleged encroachment upon a highway, when the commissioner believes, after an honest inquiry, that no unlawful encroachment exists.

. *Mandamus.*    Argued April 5, 1893.    Denied April 7, 1893.

Relator applied for *mandamus* to compel respondent to institute proceedings to remove an alleged encroachment upon a highway. Respondent returned that, after a full investigation, he did not believe that any such encroachment existed.

*Howell, Carr & Barnard,* for relator.

*H. P. Stewart,* for respondent.

PER CURIAM. The writ is denied, with costs, upon the ground that the statute gives a public remedy, and was not designed to make it the duty of the commissioner to institute proceedings, at the instance of a private person, when the commissioner believes, after an honest inquiry, that no unlawful encroachment upon the highway exists.